UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN OMAR OCASIO- JUSTINIANO | Case No. 6:24-mj-1398<br><br>FILED UNDER SEAL |

## IN CAMERA

## MOTION TO SEAL APPLICATION FOR COMPLAINT AND ARREST WARRANT, WARRANT AND AFFIDAVIT IN SUPPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully moves this Court to seal the (1) Application for a Complaint and Arrest Warrant, (2) the Arrest Warrant, (3) Affidavit for Complaint and Arrest Warrant in this matter, and (4) this Motion to Seal, and in support thereof says as follows:

Disclosure of the contents of the affidavit may cause the subjects to flee, destroy evidence, disclose facts that could jeopardize an ongoing criminal investigation, and cause witnesses named in the affidavit to be subject to possible harassment or retaliation from individuals who are the subjects of the investigation or who have an interest therein.

WHEREFORE, the United States respectfully moves the Court to seal (1) Application for a Complaint and Arrest Warrant, (2) Arrest Warrant, (3) Affidavit for Complaint and Arrest Warrant in this matter, and (4) this Motion to Seal until further order of the Court.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Dana E. Hill*
Dana E. Hill
Assistant United States Attorney
USA No. 189
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 647-7643
Email: dana.hill@usdoj.gov